Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18232−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A Madero
   29 Lowe Avenue
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−3243

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/7/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 8, 2022
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18232-RG |
| Carlos A Madero | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 08, 2022 | Form ID: 148 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A Madero, 29 Lowe Avenue, Fair Lawn, NJ 07410-2325 |
| 519738892 | + | CJC Law Office, 201 Solar Street, Syracuse, NY 13204-1425 |
| 519738894 | | Discover Bank/dmi, Discover Home Equity Loans, Lake Zurich, IL 60047 |
| 519738902 | + | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 519738901 | + | Nicole Olsey, 115 North Bedford Apt. A-1, Chappaqua, NY 10514-2721 |
| 519738903 | + | PSE&G, 650 California Street, San Francisco, CA 94108-2702 |
| 519738905 | | Td Retail Card Services, Ms Bt Pob 9475, Minneapolis, MN 55440 |
| 519738908 | + | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341-3163 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 09 2022 01:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519738880 | + | Email/Text: backoffice@affirm.com | Dec 08 2022 20:38:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519738879 | + | Email/Text: backoffice@affirm.com | Dec 08 2022 20:38:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519738881 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 20:52:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519738882 | | Email/Text: bankruptcy@bhg-inc.com | Dec 08 2022 20:37:00 | Bankers Healthcare Group LLC, 122 E. 42nd Street, Room 700, New York, NY 10168 |
| 519738887 | | EDI: BMW.COM | Dec 09 2022 01:38:00 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519740523 | + | Email/Text: bankruptcy@pnfp.com | Dec 08 2022 20:37:00 | Bankers Healthcare Group c/o Pinnacle Bank, 150 3rd Ave S, Ste 900, Nashville, TN 37201-2034 |
| 519738883 | + | EDI: TSYS2 | Dec 09 2022 01:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519738886 | + | EDI: BMW.COM | Dec 09 2022 01:38:00 | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 519738891 | | EDI: CITICORP.COM | Dec 09 2022 01:38:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: 148 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519774595 | | EDI: Q3G.COM | Dec 09 2022 01:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519738895 | + | EDI: CITICORP.COM | Dec 09 2022 01:38:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519738896 | | Email/Text: bankruptcy@bhg-inc.com | Dec 08 2022 20:37:00 | Fund-Ex LLC, 201 Solar Street, Syracuse, NY 13204 |
| 519738897 | | EDI: IRS.COM | Dec 09 2022 01:38:00 | IRS, PO Box 9019, Holtsville, NY 11742-9019 |
| 519738898 | + | EDI: LENDNGCLUB | Dec 09 2022 01:38:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519738899 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 08 2022 20:37:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519775551 | | EDI: PRA.COM | Dec 09 2022 01:38:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519739519 | + | EDI: RMSC.COM | Dec 09 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519738904 | + | EDI: RMSC.COM | Dec 09 2022 01:38:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519744817 | + | EDI: CBSTDR | Dec 09 2022 01:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519738906 | + | EDI: USBANKARS.COM | Dec 09 2022 01:38:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519738909 | + | EDI: WFFC2 | Dec 09 2022 01:38:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519738888 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519738889 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519738890 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519738884 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519738885 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519738893 | *+ | CJC Law Office, 201 Solar Street, Syracuse, NY 13204-1425 |
| 519745770 | *P++ | FUND EX LLC, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Fund-Ex, LLC, 201 Solar Street, Syracuse, NY 13204-201 |
| 519738900 | *+ | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519738907 | *+ | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian C. Nicholas
on behalf of Creditor DISCOVER BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Joseph J Mania, III
on behalf of Debtor Carlos A Madero jmbanklaw@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marisa Myers Cohen
on behalf of Creditor First Federal Bank nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5